UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:2020cr35T 02 TGW

18 U.S.C. § 922(g)(1)

TODD DEON COROUTHERS

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 3, 2019, in the Middle District of Florida, the defendant,

TODD DEON COROUTHERS

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Sale of Cocaine, on or about August 18, 2015;
2. Possession of Cocaine, on or about August 15, 2015;
3. Failure to Appear, on or about October 9, 2009;
4. Possession of Cocaine, on or about October 9, 2009;
5. Burglary, on or about July 30, 2008;
6. Failure to Appear, on or about May 30, 2006;
7. Possession of Cocaine, on or about May 30, 2006;

FILED 2020 JAN 28 AM 11:43 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA

      8. Possession of Cocaine, on or about July 7, 2005; and

      9. Fleeing and Eluding, on or about July 7, 2005;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Harrington and Richardson model 733 revolver and six rounds of Winchester .32 ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Harrington and Richardson model 733 revolver and six rounds of Winchester .32 ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Randall Leonard
Assistant United States Attorney

By: _____
Christopher Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

TODD DEON COROUTHERS

## INDICTMENT

Violations:   Title 18 United States Code, Section § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 28th day

of January 2020.

_____
Clerk

Bail $_____

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

2020 JAN 28 AM 11:43

FILED

GPO 863 525