AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
TODD DEON COROUTHERS

Case No. 8:2020 cr 35 T 02 TGW

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TODD DEON COROUTHERS ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of firearm and ammunition in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Date: 1/29/2020

*Issuing officer's signature*

City and state:   Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/29/20 , and the person was arrested on *(date)* 2/27/20
at *(city and state)*

Date: 2/27/20

TFO *Arresting officer's signature*

Angel PAGAN TFO
*Printed name and title*