UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-35-T-02TGW

TODD DEON COROUTHERS

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, stating as follows:

ESSENTIAL ELEMENTS

The essential elements of the offense charged in Count One the Indictment, alleging a violation of 18 U.S.C. § 922(g)(1), being a felon in possession of a firearm and ammunition, are as follows:

First:  The defendant knowingly possessed a firearm or ammunition in or affecting interstate or foreign commerce;

Second:  Before possessing the firearm or ammunition, the defendant had been convicted of a felony offense, a crime punishable by imprisonment for more than one year; and

<u>Third</u>: Before possessing the firearm or ammunition, the defendant knew that he had been convicted of a felony offense.

## PENALTY

The penalty for the offense charged in Count One of the Indictment is a maximum sentence of 10 years' imprisonment, a fine not to exceed $250,000, a term of supervised release of not more than three years, and a special assessment of $100.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), as outlined in the indictment. Among the items to be forfeited are the following: a Harrington and Richardson model 733 revolver and six rounds of Winchester .32 ammunition.

## FACTUAL BASIS

On or about November 3, 2019, in the Middle District of Florida, the defendant knowingly possessed a firearm and ammunition affecting interstate commerce—namely, a Harrington and Richardson model 733 revolver and six rounds of Winchester .32 ammunition. On that day, St. Petersburg police officers arrested the defendant on an unrelated matter. When they did, they searched the defendant incident to the arrest. In the defendant's pocket, the officers found and seized the revolver, which was loaded with six rounds of Winchester ammunition.

The pistol and ammunition were later evaluated by a nexus expert from the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the expert concluded that both the Harrington and Richardson pistol and the Winchester ammunition the defendant possessed were manufactured outside of the state of Florida and had therefore travelled in interstate commerce before the defendant possessed them.

By November 3, 2019, the defendant had been convicted of felony offenses, to include the following:

1. Sale of Cocaine, on or about August 18, 2015;
2. Possession of Cocaine, on or about August 15, 2015;
3. Failure to Appear, on or about October 9, 2009;
4. Possession of Cocaine, on or about October 9, 2009;
5. Burglary, on or about July 30, 2008;
6. Failure to Appear, on or about May 30, 2006;
7. Possession of Cocaine, on or about May 30, 2006;

8. Possession of Cocaine, on or about July 7, 2005; and

9. Fleeing and Eluding, on or about July 7, 2005.

The defendant knew that he had been convicted of these felony offenses.

    Respectfully submitted,

    MARIA CHAPA LOPEZ
    United States Attorney

    */s/ Randall Leonard*
    Randall Leonard
    Assistant United States Attorney
    Florida Bar No. 0056205
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone:  (813) 274-6000
    Facsimile:   (813) 274-6358
    E-mail: Randall.Leonard@usdoj.gov

U.S. v. Todd Deon Corouthers    Case No. 8:20-cr-35-T-02TGW

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Jessica Casciola, Defense Counsel

       */s/ Randall Leonard*
       Randall Leonard
       Assistant United States Attorney
       Florida Bar No. 0056205
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Randall.Leonard@usdoj.gov