**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| | | |
|---|---|---|
| **CASE NO.:    8:20-cr-35-WFJ-TGW** | **DATE:   June 1, 2026** | |
| **HONORABLE WILLIAM F. JUNG** | **INTERPRETER:** N/A | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TODD DEON COROUTHERS** | **GOVERNMENT COUNSEL**<br>Ross Roberts, AUSA | |
| | **DEFENSE COUNSEL**<br>Laura Hastay, AFPD | |
| **COURT REPORTER:** Tana Hess | **DEPUTY CLERK:** | Gabriella Lobaina |
| **TIME:**  10:28 AM – 10:37 AM<br>**TOTAL:**  9 Minutes | **COURTROOM:** | 15B |
| | **PROBATION:** | Craig Chilton covering for Christina Gomez |

**FINAL REVOCATION re: VOSR PROCEEDINGS:**

Court in session and counsel identified for the record.

Defendant sworn and admitted to violation charge numbers Two and Three as alleged in the petition. For the reasons stated on the record, violation charge number One is dismissed. Statements made by counsel. Defendant made allocution to the Court.

Court finds the defendant has freely, voluntarily, knowingly and intelligently admitted his guilt to violation charge numbers Two and Three in the petition and adjudicated him guilty of same.

The defendant's current term of supervised release is revoked, and he is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **EIGHT (8) MONTHS.**

Upon service of the sentence herein, the defendant shall be discharged from further jurisdiction of the Court in this case.

Defendant advised of right to appeal and of right to counsel on appeal.

Court adjourned