Todd Deon Corouthers
8:20-cr-35-WFJ-TGW

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

TODD DEON COROUTHERS

Case Number: 8:20-cr-35-WFJ-TGW

USM Number: 73436-018

Laura Hastay, AFPD

---

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers Two and Three of the term of Supervised Release.  Accordingly, the Court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Positive urinalysis for Marijuana in violation of the mandatory conditions of supervision: (Grade C Violation) | December 29, 2025 |
| Three | Positive urinalysis for Marijuana in violation of the mandatory conditions of supervision: (Grade C Violation) | October 24, 2025 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation charge number One is dismissed.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in Defendant's economic circumstances.

Date of Imposition of Sentence: June 1, 2026

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

June _____, 2026

**Todd Deon Corouthers**
**8:20-cr-35-WFJ-TGW**

## IMPRISONMENT

The defendant's current term of supervised release is revoked, and he is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **EIGHT (8) MONTHS**.

## SUPERVISED RELEASE

Upon service of the sentence herein, the defendant shall be discharged from further jurisdiction of the Court in this case.

## RETURN

I have executed this judgment as follows:

_____

_____

The defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
      Deputy U.S. Marshal